IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ELIZABETH M., et al.,         )
                              )
           Plaintiffs,        )      8:02CV585
                              )
      v.                      )
                              )
RON D. ROSS, et al.,          )      ORDER
                              )
           Defendants.        )
_____)
```

This matter is before the Court on defendants' motion to enlarge time (Filing No. 93). The Court notes plaintiffs have no objection. Accordingly,

IT IS ORDERED that defendants' motion is granted; defendants shall have until April 25, 2005, to file their brief in opposition to class certification.

DATED this 19th day of April, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court