IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIZABETH M., et al | ) | |
| | ) | |
| Plaintiffs, | ) | 8:02CV585 |
| | ) | |
| v. | ) | |
| | ) | |
| RON D. ROSS, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Joint Stipulation and Motion of the parties (Filing No. 104). The Court finds that the plaintiffs and the defendants, by and through their respective attorneys, have jointly stipulated the certain matters, and the Court is willing to accept matters as agreed to in that joint stipulation and motion. Accordingly,

IT IS ORDERED:

1. That the Progression Order entered herein be modified as follows:

   **A.** **Disclosure of Expert Witnesses**: On or before **June 29, 2005**, the Plaintiffs shall identify all expert witnesses and shall serve the Defendants with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness it expects to call to testify at trial pursuant to the provisions of Rule 702, 703, or 705, Fed. Rules of Evidence. On or before **August 13, 2005**, the Defendants shall identify all expert witnesses and shall serve the Plaintiffs with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness it expects to call to testify at trial pursuant to the provisions of Rule 702, 703, or 705, Fed. Rules of Evidence. If necessary to refute the disclosed opinions of an expert witness of an opponent, a party may disclose additional expert witnesses not later than fifteen (15) days prior to the date set for completion of depositions, provided that the disclosing party then provides all of the information described in Fed. R. Civ. P. 26(a)(2) and makes the expert witness available for deposition prior to the date set for completion of deposition. Supplementation of these disclosures, if originally made prior to these deadlines, shall be made on these deadlines as to any information for which supplementation is addressed in Fed. R. Civ. P. 26(e).

   B. In all other respects, the Progression Order as entered on the 8th day of October, 2004 shall be unchanged.

DATED this 13th day of June, 2005.

          BY THE COURT:

          /s/ Lyle E. Strom

          _____
          LYLE E. STROM
          United States District Judge