IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIZABETH M., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:02CV585 |
| | ) | |
| v. | ) | |
| | ) | |
| RON D. ROSS, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint stipulation for release of sealed documents (Filing No. 119). The Court will approve the stipulation. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved; the clerk of the court shall release to counsel of record for both parties all evidence under seal which relates or pertains to the issue of class certification on the condition that such evidence be used only for the purpose of the appeal of the class certification order. Counsel of record are prohibited from re-disclosing such evidence except to the extent of the preparation of a record on appeal and their briefs.

DATED this 7th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court