```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                     DISTRICT OF NEBRASKA

ELIZABETH M., et al.,          )
                               )
          Plaintiffs,          )          8:02CV585
                               )
     v.                        )
                               )
RON D. ROSS, et al.,           )          ORDER
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the joint stipulation and motion to substitute parties and modify caption of case (Filing No. 123).  The Court will approve the stipulation.  Accordingly,

IT IS ORDERED that the stipulation and motion to substitute parties and modify caption of case is granted.  The caption is modified as set forth in said stipulation.

DATED this 4th day of August, 2005.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                           LYLE E. STROM, Senior Judge
                           United States District Court