IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIZABETH M., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:02CV585 |
| | ) | |
| v. | ) | |
| | ) | |
| RON D. ROSS, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint stipulation and motion of the parties (Filing No. 133). The Court finds that the plaintiffs and the defendants, by and through their respective attorneys, have jointly stipulated to certain matters, and the Court is willing to accept matters as agreed to in that joint stipulation and motion.

IT IS ORDERED:

1. That the Progression Order is modified as follows:

    A. **Disclosure of Expert Witnesses**: On or before **December 15, 2005**, the plaintiffs shall identify all expert witnesses and shall serve the defendants with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness it expects to call to testify at trial pursuant to the provisions of Rule 702, 703, or 705, Fed. Rules of Evidence. On or before **February 17, 2006**, the defendants shall identify all expert witnesses and shall serve the plaintiffs with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness it expects to call to testify at trial pursuant to the provisions of Rule 702, 703, or 705, Fed. Rules of Evidence. If necessary to refute the disclosed opinions of an expert

    witness of an opponent, a party may disclose additional expert witnesses not later than fifteen (15) days prior to the date set for completion of depositions, provided that the disclosing party then provides all of the information described in Fed. R. Civ. P. 26(a)(2) and makes the expert witness available for deposition prior to the date set for completion of deposition.  Supplementation of these disclosures, if originally made prior to these deadlines, shall be made on these deadlines as to any information for which supplementation is addressed in Fed. R. Civ. P. 26(e).

B.  In all other respects, the Progression Order as entered on the 7th day of July, 2005, shall be unchanged.

    DATED this 26th day of October, 2005.

              BY THE COURT:

              /s/ Lyle E. Strom

              LYLE E. STROM
              United States District Judge