IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIZABETH M., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:02CV585 |
| | ) | |
| v. | ) | |
| | ) | |
| RON D. ROSS, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Joint Stipulation and Motion of the parties (Filing No. 137. The Court finds that plaintiffs and defendants, by and through their respective attorneys, have jointly stipulated to certain matters, and the Court is willing to accept the matters as agreed to in that joint stipulation and motion.

IT IS ORDERED:

1. That the Progression Order entered herein be modified as follows:

    A. **Comprehensive Written Settlement Proposal:** On or before **January 16, 2006**, Plaintiffs shall submit to the Defendants a Comprehensive Written Settlement Proposal with respect to the possible resolution of the above-captioned class action and shall, on or before said date, file a Certificate of Service with the court reflecting service of said Comprehensive Written Settlement Proposal.

    B **Disclosure of Expert Witnesses**: On or before **January 23, 2006**, the Plaintiffs shall identify all expert witnesses and shall serve the Defendants with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness it expects to call to testify at trial pursuant to the provisions of Rule 702, 703, or

705, Fed. Rules of Evidence. On or before **March 10, 2006**, the Defendants shall identify all expert witnesses and shall serve the Plaintiffs with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness it expects to call to testify at trial pursuant to the provisions of Rule 702, 703, or 705, Fed. Rules of Evidence. If necessary to refute the disclosed opinions of an expert witness of an opponent, a party may disclose additional expert witnesses not later than fifteen (15) days prior to the date set for completion of depositions, provided that the disclosing party then provides all of the information described in Fed. R. Civ. P. 26(a)(2) and makes the expert witness available for deposition prior to the date set for completion of deposition. Supplementation of these disclosures, if originally made prior to these deadlines, shall be made on these deadlines as to any information for which supplementation is addressed in Fed. R. Civ. P. 26(e).

C. In all other respects, the Progression Order as entered on the 7th day of July, 2005, shall be unchanged.

DATED this 15th day of December, 2005.

> BY THE COURT:
>
> /s/ LYLE E. STROM
> _____
> United States District Judge