IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ELIZABETH M., et. al.,          )
                                )
          Plaintiffs,           )         8:02CV585
                                )
     v.                         )
                                )
RON D. ROSS, et. al.,           )         ORDER
                                )
          Defendants.           )
_____)
```

This matter is before the Court on the motion of Matt D. Schulz (Filing No. 147) to withdraw as counsel of record for plaintiffs. The Court notes plaintiffs have other counsel. Accordingly,

IT IS ORDERED that said motion is granted; Matt D. Schulz is permitted to withdraw as counsel for plaintiffs in this action.

DATED this 24th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court