IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ELIZABETH M., et. al.,          )
                                )
          Plaintiffs,           )       8:02CV585
                                )
     v.                         )
                                )
RON D. ROSS, et. al.,           )       ORDER
                                )
          Defendants.           )
_____)
```

This matter is before the Court on the joint stipulation to seal exhibits (Filing No. 156).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; the index of evidence filed by defendants in support of their motion for summary judgment shall be sealed.

DATED this 7th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court