IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIZABETH M., et al., | ) |
| | ) 8:02CV585 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) MEMORANDUM AND ORDER |
| RON D. ROSS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Counsel for the parties met with the court on this date to discuss their ongoing settlement negotiations and the status of the pending case. Although several presently unknown decisions will influence both, counsel agreed to continue their negotiations and to suspend, for now, the deadlines for disclosures required by the extant scheduling order.

IT THEREFORE HEREBY IS ORDERED:

1. By agreement of counsel, all deadlines for disclosures required by the present scheduling order are suspended until further order of the court.

2. Counsel shall appear for another conference with the court in the chambers of the undersigned on December 1, 2006 at 10:00 a.m.

DATED this 4th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge