IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIZABETH M., et al., | ) | |
| | ) | 8:02CV585 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| RON D. ROSS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1.  The joint oral motion of the parties is granted and the further settlement conference/pretrial conference that was set for this date is continued to January 22, 2007 at 11:00 a.m. in the chambers of the undersigned.

2.  By agreement of counsel, all deadlines for disclosures required by the present scheduling order shall continue to be suspended until further order of the court.

DATED December 1, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge