IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ELIZABETH M., et. al.,         )
                               )
            Plaintiffs,        )        8:02CV585
                               )
      v.                       )
                               )
RON D. ROSS, et. al.,          )        ORDER
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the motion of Michael J. Rumbaugh (Filing No. 172) to be substituted as counsel of record for defendants. The Court notes Douglas D. Dexter is no longer an employee of the Attorney General's Office. Accordingly,

IT IS ORDERED that said motion is granted; Michael J. Rumbaugh is substituted as counsel for defendants. Douglas D. Dexter is withdrawn as counsel for defendants.

DATED this 9th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court