IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIZABETH M., et al., | ) | |
| | ) | 8:02CV585 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| RON D. ROSS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. The joint oral motion of the parties is granted and the further settlement conference/pretrial conference that was set for this date is continued to February 21, 2007 at 10:00 a.m. in the chambers of the undersigned.

2. By agreement of counsel, all deadlines for disclosures required by the present scheduling order shall continue to be suspended until further order of the court.

DATED January 23, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge