IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
ELIZABETH M., et al.,           )
                                )
      Plaintiffs,               )    8:02CV585
                                )
      v.                        )
                                )
RON D. ROSS, et al.,            )    MEMORANDUM AND ORDER
                                )
      Defendants.               )
```

A further settlement conference was held on February 21, 2007 with counsel for the parties and the undersigned.  The status of settlement negotiations was discussed and it was reported that the discussions, while ongoing and productive, have not reached a settlement.  It was decided to permit the parties a month to complete their discussions, and if the matter is not resolved, to move it forward to a trial.  In accordance with the discussion during the conference,

IT IS ORDERED:

1.  Plaintiffs shall respond to the defendants' last counter-proposal on or before March 7, 2007.

2.  Defendants shall respond to the plaintiffs' counter-proposal as soon thereafter as possible.

3.  On or before March 21, 2007 counsel and party representatives with authority to resolve all pending issues shall meet in an attempt to resolve all outstanding issues in the case.

4.  Counsel shall report to the court in writing on or before March 30, 2007 of their success or failure in resolving the case.

5.  If their report is anything less than a full settlement of all issues, the parties are given until June 8, 2007 to complete all remaining discovery in preparation for trial.  In

that regard, with respect to all written requests for discovery, responses shall be served no later than ten working days following service of the requests. Counsel shall give not less than five working days' notice to opposing counsel and deponents concerning any depositions that must be completed in this time period. Counsel shall work together to minimize inconvenience to one another, the parties, and the deponents in scheduling depositions.

      6. A final pretrial conference with the undersigned magistrate judge in accordance with NECivR 16.2 shall be held on June 28, 2007 at 10:00 a.m. in chambers. Counsel shall prepare and submit to the undersigned a proposed final pretrial order on or before June 26, 2007.

      7. Trial is set to begin at 9:00 a.m. on July 16, 2007 for a duration of fifteen days before the Honorable Lyle E. Strom, United States Senior District Judge in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

      Dated February 21, 2007.

                              BY THE COURT

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge