IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ELIZABETH M., et. al.,          )
                                )
            Plaintiffs,         )          8:02CV585
                                )
        v.                      )
                                )
RON D. ROSS, et. al.,           )          ORDER
                                )
            Defendants.         )
_____ )
```

This matter is before the Court on the joint application for Court approval of settlement and motion to substitute parties and modify caption of case (Filing No. 178). The Court finds the application and motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion to substitute parties and modify caption of case is granted.  The caption of this case is modified as set forth in said motion.

2) The joint application for Court approval of settlement is granted.  This action is dismissed.

DATED this 29th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court